```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF GEORGIA
                      COLUMBUS DIVISION
```

UNITED STATES OF AMERICA,        \*

                                                                \*

vs.

                                            \*     CASE NO. 4:07-CR-58 (CDL)

MASTER MICHAEL RAMSEY,          \*

    Defendant.                  \*

## O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on November 3, 2021 is hereby approved, adopted, and made the Order of the Court.

The Court considered Petitioner's objections to the Report and Recommendation and finds that they lack merit.

IT IS SO ORDERED, this 31st day of January, 2022.

                                                        <u>S/Clay D. Land</u>
                                                        CLAY D. LAND
                                                        U.S. DISTRICT COURT JUDGE
                                                        MIDDLE DISTRICT OF GEORGIA