IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

UNITED STATES OF AMERICA,              *

vs.                                    *

MASTER MICHAEL RAMSEY,                 *     CASE NO. 4:07-cr-58-CDL-AGH

    Defendant.                         *

O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on April 7, 2026 is hereby approved, adopted, and made the Order of the Court.  The Court considered Defendant's objections to the Report and Recommendation and finds that they lack merit.

IT IS SO ORDERED, this 16th day of June, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA