IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

UNITED STATES OF AMERICA, *

vs. *

MASTER MICHAEL RAMSEY, * CASE NO. 4:07-cr-58-CDL-AGH

Defendant. *

O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on September 2, 2026 is hereby approved, adopted, and made the Order of the Court. The Court considered Defendant's objections to the Report and Recommendation and finds that they lack merit.[1]

IT IS SO ORDERED, this 1st day of October, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA

[1] Although Defendant Ramsey's initial motion for leave to appeal *in forma pauperis* did not identify the issues he intends to present on appeal, Ramsey subsequently identified those issues in his objection to the Magistrate Judge's Recommendation. Even assuming Ramsey's objection supplies the statement of issues required by Federal Rule of Appellate Procedure 24(a)(1)(C), the Court finds no issues of arguable merit for appeal. Thus, the Court finds that Ramsey's appeal is not taken in good faith under 28 U.S.C. § 1915(a)(3).